TEMPLETON, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division,

Fourth Department. December 29, 1899.) Action by William H. Templeton against Ira C. Brown, as president, etc. No opinion. Judgment and order affirmed, with costs.